# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

———————————————————————————

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 08-CR-58

JERRELL C. JONES,

        Defendant.

———————————————————————————

## ORDER

On October 7, 2008, United States Magistrate Judge Patricia J. Gorence issued a recommendation that this court deny defendant Jerrell C. Jones's ("Jones") motion to suppress evidence recovered during the course of Jones's arrest. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1) and Local Rule 72.3. After reviewing the recommendation, the court adopts it in its entirety and denies Jones's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D.Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely object is made).

Accordingly,

**IT IS ORDERED** that the October 7, 2008 recommendation of Magistrate Gorence that defendant Jerrell C. Jones's motion to suppress be denied be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant Jerrell C. Jones's motion to suppress (Docket #11) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge